Interim Decision #1451

MATTER OF BRESNAHAN

Application for Border Crossing Card

A-10046833

*Decided by District Director January 7, 1965*

A citizen and resident of Canada who has reason to cross the border frequently as a nonimmigrant for short periods of time, is not a member of any of the excludable classes of aliens, intends to continue to be a resident and citizen of Canada, and desires a nonresident alien border crossing card solely for the purpose of facilitating entries as a nonimmigrant is eligible for the issuance thereof pursuant to 8 CFR 212.6(b).

The applicant is a citizen and resident of Canada, born on March 15, 1915, at Little Ridge, New Brunswick, Canada. She is married to Daniel Bresnahan, also a Canadian citizen.

There are two daughters and two sons by this marriage. Mr. and Mrs. Bresnahan and children reside at 85 Queen Street, Milltown, New Brunswick, Canada.

Checks conducted by the Service of various government agencies failed to reveal any derogatory information concerning the applicant.

Subject in her sworn testimony has stated that as a resident of Canada, residing in St. Stephen, New Brunswick, immediately across from the City of Calais, Maine, she has reason to cross the border frequently as a nonimmigrant for short periods of time; that it is her intention to continue to be a resident and citizen of Canada; that she desires a nonresident alien border crossing card solely for the purpose of facilitating entries as a nonimmigrant.

· It has been determined that the applicant is not a member of any of the classes of aliens who are excludable from admission into the United States under the law. The applicant has established eligibility for a nonresident border crossing card.

ORDER: It is ordered that subject's application be granted and that she be issued a nonresident alien border crossing card, Form I-185, subject to revocation at any time.

130